

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-17-00786-CV

**IN THE INTEREST OF I.V.G. AND I.J.F.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-07068
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

Appellant's brief was due April 2, 2018. Neither the brief nor a motion for extension of time has been filed. We therefore **order** appellant Joshua Ian Fusilier to file, **by April 16, 2018,** appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court